

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00411-CR

Shandon **KHABAZIAN**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8957
Honorable Jennifer Pena, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is MODIFIED as follows. It is ORDERED that after the heading "Plea to 1st Enhancement Paragraph," the words "TRUE TO REPEATER" are deleted and replaced with the words "NO PLEA." The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED December 23, 2020.

_____
Irene Rios, Justice